IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AQUILA P. NUGENT,
ANDREW NUGENT,

        Plaintiffs,                            No. CIV S-12-91 GEB EFB

    vs.

FEDERAL HOME LOAN MORTGAGE
CORPORATION, and DOES 1-20,        ORDER

        Defendants.
_____/

       This case, in which plaintiffs were proceeding pro se, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On January 12, 2012, defendant Federal Home Loan Mortgage Corporation ("Freddie Mac") removed this action from Solano County Superior Court. Dckt. No. 1. Freddie Mac then filed a motion to dismiss the complaint and noticed the motion to be heard on March 7, 2012. Dckt. No. 8. However, because plaintiffs failed to file an opposition or a statement of non-opposition to Freddie Mac's motion, the hearing was continued to April 18, 2012, and plaintiffs were ordered to show cause why they should not be sanctioned for that failure. Dckt. No. 9.

       On April 4, 2012, attorney Terry Hunt appeared on behalf of plaintiffs, responded to the order to show cause, and moved to file a second amended complaint in this action. Dckt. No. 10.

////

1

The motion to amend was noticed for hearing before the undersigned on May 23, 2012. Dckt. No. 11. In light of those filings, the February 27, 2012 order to show cause will be discharged. Additionally, because plaintiffs are now represented by counsel, the referral to the magistrate judge will be withdrawn and the case will be referred back to the district judge. Therefore, all dates presently set before the undersigned will be vacated. The undersigned will, however, continue to perform the usual discovery tasks associated with ordinary civil cases.

Accordingly, IT IS HEREBY ORDERED that:

1. The February 27, 2012 order to show cause is discharged;

2. The referral of this case to the magistrate judge is withdrawn and the case is referred back to the district judge; and

3. The April 18, 2012 hearing on Freddie Mac's motion to dismiss, Dckt. No. 8; the May 23, 2012 hearing on plaintiffs' motion to amend, Dckt. No. 11; and the May 23, 2012 status (pretrial scheduling) conference, Dckt. No. 3, which are all currently set before the undersigned, are vacated.[1]

SO ORDERED.

DATED: April 6, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties may re-notice their motions before the assigned district judge.

2