IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AQUILA P. NUGENT, ANDREW NUGENT,        )
                                        )     2:12-cv-00091-GEB-EFB
              Plaintiffs,               )
                                        )
         v.                             )     ORDER
                                        )
FEDERAL HOME LOAN MORTGAGE              )
CORPORATION, and DOES 1 to 20,          )
inclusive,                              )
                                        )
              Defendants.               )
_____        )

On January 31, 2012, Defendant filed a motion under Federal Rule of Civil Procedure 12(b)(6) in which it seeks dismissal Plaintiffs' First Amended Complaint. However, Plaintiffs filed a Second Amended Complaint on May 11, 2012. Since the Second Amended Complaint is now the operative pleading, Defendant's January 31, 2012 dismissal motion is denied as moot.

Dated:  May 15, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1