IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AQUILA P. NUGENT, ANDREW NUGENT,

        Plaintiffs,

    v.

FEDERAL HOME LOAN MORTGAGE CORPORATION, and DOES 1 to 20, inclusive,

        Defendants.

2:12-cv-00091-GEB-EFB

ORDER

On January 31, 2012, Defendant filed a motion under Federal Rule of Civil Procedure 12(b)(6) in which it seeks dismissal Plaintiffs' First Amended Complaint. However, Plaintiffs filed a Second Amended Complaint on May 11, 2012. Since the Second Amended Complaint is now the operative pleading, Defendant's January 31, 2012 dismissal motion is denied as moot.

Dated: May 15, 2012

GARLAND E. BURRELL, JR.
United States District Judge