PETER J. SALMON (SBN 174386)
CUONG M. NGUYEN (SBN 248586)
ERIC TSAI (SBN 273056)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17935
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385
E-Mail: etsai@piteduncan.com

Attorneys for Defendant FEDERAL HOME LOAN MORTGAGE CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION**

AQUILA P. NUGENT, ANDREW NUGENT,

Plaintiffs,

v.

FEDERAL HOME LOAN MORTGAGE CORPORATION, WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE, AND DOES 1 TO 20,

Defendants.

Case No. 2:12-cv-00091-GEB-EFB

**STIPULATION ENLARGING TIME FOR DEFENDANT FEDERAL HOME LOAN MORTGAGE CORPORATION TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

Plaintiffs AQUILA P. NUGENT and ANDREW NUGENT (collectively, "Plaintiffs"), together with Defendant FEDERAL HOME LOAN MORTGAGE CORPORATION ("Freddie Mac"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS Plaintiffs filed a Second Amended Complaint ("SAC") on May 11, 2012;

WHEREAS based upon the filing date of the SAC, Freddie Mac's deadline to respond to the SAC is May 29, 2012, but Freddie Mac requests additional time to prepare its response;

WHEREAS this is the first request made by Freddie Mac to enlarge time to respond to the SAC; and

WHEREAS the Parties agree that the time for Freddie Mac to respond to the SAC should be enlarged and extended until June 12, 2012.

/ / /

NOW THEREFORE, it is stipulated by and between Plaintiffs and Freddie Mac as follows:

Freddie Mac's time to respond to Plaintiffs' SAC should be extended and enlarged so that Freddie Mac must file its response to the SAC on or before June 12, 2012.

**IT IS SO STIPULATED.**

PITE DUNCAN, LLP

Dated: May 29, 2012

*/s/ Eric Tsai*
ERIC TSAI
Attorneys for Defendant FEDERAL HOME LOAN MORTGAGE CORPORATION

LAW OFFICE OF TERRY R. HUNT

Dated: May 29, 2012

*/s/ Terry Hunt*
TERRY R. HUNT
Attorneys for Plaintiffs AQUILA P. NUGENT and ANDREW NUGENT

**ORDER**

Based upon the stipulation above between Plaintiff and Freddie Mac, and good cause appearing,

**IT IS HEREBY ORDERED** that Freddie Mac's time to respond to Plaintiffs' SAC is extended and enlarged so that Freddie Mac must file its response to the Second Amended Complaint on or before June 12, 2012.

**IT IS SO ORDERED.**

**Date: 5/29/2012**

GARLAND E. BURRELL, JR.
United States District Judge