PETER J. SALMON (SBN 174386)
CUONG M. NGUYEN (SBN 248586)
ERIC TSAI (SBN 273056)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17935
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385
E-Mail: etsai@piteduncan.com

Attorneys for Defendant FEDERAL HOME LOAN MORTGAGE CORPORATION

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| AQUILA P. NUGENT,<br>ANDREW NUGENT,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE, AND DOES 1 TO 20,<br><br>Defendants. | Case No. 2:12-cv-00091-GEB-EFB<br><br>**STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE AND HEARING ON DEFENDANT'S MOTION TO DISMISS; [PROPOSED] ORDER** |

Plaintiffs AQUILA P. NUGENT and ANDREW NUGENT (collectively, "Plaintiffs"), together with Defendant FEDERAL HOME LOAN MORTGAGE CORPORATION ("Freddie Mac"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS Freddie Mac filed a motion to dismiss Plaintiffs' Second Amended Complaint on June 12, 2012, which motion is presently scheduled for hearing on July 16, 2012;

WHEREAS Plaintiffs request additional time to respond to the motion to dismiss and the Parties agree that the motion hearing should be continued to July 30, 2012, at 9:00 a.m. in Courtroom 10, with the deadlines to file opposition and reply papers to be extended in accordance with the continued hearing date;

WHEREAS Plaintiffs recently served the complaint on defendant Wells Fargo Bank, N.A. d/b/a/ Wells Fargo Home Mortgage ("Wells Fargo") on or about June 8, 2012, but Wells Fargo has

1    not yet appeared in this action;

2        WHEREAS a Status (Pretrial Scheduling) Conference is currently set for July 23, 2012;

3        WHEREAS based upon the date of the scheduled Scheduling Conference, a joint status

4    report is due July 9, 2012; and

5        WHEREAS the Parties agree that the Scheduling Conference would be more productive if

6    it was held after all defendants have appeared in this action and after the Court has had an

7    opportunity to rule on the pending motion to dismiss.

8        NOW THEREFORE, it is stipulated by and between the Parties as follows:

9        The hearing on Freddie Mac's Motion to Dismiss Second Amended Complaint should be

10   continued to July 30, 2012, at 9:00 a.m. in Courtroom 10, and the Scheduling Conference should

11   be continued to a date at least 30 days thereafter, to a date convenient for the Court.

12       **IT IS SO STIPULATED.**

13                                                PITE DUNCAN, LLP

14

15   Dated:  July 3, 2012                          */s/ Eric Tsai*
                                                  ERIC TSAI
16                                                Attorneys for Defendant
                                                  FEDERAL    HOME    LOAN    MORTGAGE
17                                                CORPORATION

18

19                                                LAW OFFICE OF TERRY R. HUNT

20

21   Dated:  July 3, 2012                          */s/ Terry Hunt*
                                                  TERRY R. HUNT
22                                                Attorneys for Plaintiffs
                                                  AQUILA P. NUGENT and ANDREW NUGENT
23

24

25

26

27

28

STIPULATION AND ORDER TO CONTINUE HEARING DATES

1

## ORDER

2      Based upon the stipulation above between Plaintiffs and Freddie Mac, and good cause

3 appearing,

4      **IT IS HEREBY ORDERED** that the hearing on Freddie Mac's motion to dismiss the

5 Second Amended Complaint is continued to July 30, 2012, at 9:00 a.m. in Courtroom 10.

6 Deadlines to file opposition and reply papers are extended in accordance with said hearing date.

7      **IT IS FURTHER ORDERED** that the Status (Pretrial Scheduling) Conference is

8 continued to September 17, 2012, at 9:00 a.m.   A joint status report shall be filed fourteen days

9 prior to the hearing.

10      **IT IS SO ORDERED.**

11      **Date:   7/3/2012**

12

13      _____
       GARLAND E. BURRELL, JR.

14       United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER TO CONTINUE HEARING DATES**