Mark D. Lonergan (State Bar No. 143622)
Edward R. Buell III (State Bar No. 240494)
Daska P. Babcock (State Bar No. 215172)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO BANK, N.A. d/b/a
WELLS FARGO HOME MORTGAGE and
FEDERAL HOME LOAN MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| AQUILA P. NUGENT and ANDREW NUGENT,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE, and DOES 1-20,<br><br>Defendants. | Case No. 2:12-cv-00091-GEB EFB PS<br><br>Senior District Judge Garland E. Burrell, Jr.<br>Magistrate Judge Edmund F. Brennan<br><br>**[PROPOSED] ORDER CONTINUING PRETRIAL SCHEDULING CONFERENCE**<br><br>Current Date:  December 10, 2012<br>Time:          9:00 a.m.<br>Courtroom:     10 (13th Floor)<br>Judge:         Hon. Garland E. Burrell, Jr. |

Based on the stipulation between Plaintiffs and Defendants, the Pretrial Scheduling Conference presently set for December 10, 2012, is rescheduled to commence at 9:00 a.m. on March 18, 2013, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

**Date:  11/26/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

55000.0307/2475292.1

1

ORDER CONTINUING SCHEDULING CONFERENCE