Mark D. Lonergan (State Bar No. 143622)
Edward R. Buell III (State Bar No. 240494)
Daska P. Babcock (State Bar No. 215172)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
FEDERAL HOME LOAN MORTGAGE
CORPORATION


FILED
APR 1 6 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| AQUILA P. NUGENT and ANDREW NUGENT,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE, and DOES 1-20,<br><br>Defendants. | Case No. 2:12-cv-00091-TLN-EFB<br><br>District Court Judge Troy L. Nunley<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE DEADLINE TO FILE THIRD AMENDED COMPLAINT** |

Plaintiffs Aquila P. Nugent and Andrew Nugent ("Plaintiffs") together with defendants Wells Fargo Bank, N.A. and Federal Home Loan Mortgage Corporation ("Defendants"), by and through their attorneys of record, stipulate and agree as follows:

WHEREAS the court granted Defendants Rule 12(b)(6) motion to dismiss Plaintiffs' Second Amended Complaint on March 29, 2013;

WHEREAS the Court granted Plaintiffs 15 days to file an Amended Complaint;

WHEREAS a Joint Status Report is due on or before 5/6/2013;

WHEREAS the parties agree that the deadline to file an Amended Complaint should be

1 | extended from April 16, 2013 to May 3, 2013;

2 | THEREFORE, the parties STIPULATE as follows:

3 | The deadline of April 16, 2013 should be vacated and rescheduled for May 3, 2013.

4 | The parties should file a joint status report on or before 5/6/2013.

5 | IT IS SO STIPULATED.

6 |

7 | Dated: April 5, 2013          HUNT LAW CORPORATION

8 |

9 |
10 |                               By:     /s/ Terry R. Hunt
                                          Terry R. Hunt
11 |                               Attorneys for Plaintiffs
                                  AQUILA P. NUGENT and ANDREW NUGENT
12 |

13 | Dated: April 5, 2013          SEVERSON AND WERSON

14 |

15 |
                                  By:     /s/ Daska P. Babcock
16 |                                       Daska P. Babcock
                                  Attorneys for Defendants
17 |                               WELLS FARGO BANK, N.A. and
                                  FEDERAL HOME LOAN MORTGAGE
18 |                               CORPORATION

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

2

STIPULATION TO EXTEND DEADLINE

## ORDER

Based on the stipulation between Plaintiffs and Defendants, and good cause appearing therefore, IT IS HEREBY ORDERED that the deadline for Plaintiffs to submit the Amended Complaint is extended to May 3, 2013.

IT IS SO ORDERED.

Dated: April 16, 2013

Troy L. Nunley
United States District Court Judge